UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LILA D. JEROME,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C11-1815-RSM-BAT

**REPORT AND RECCOMENDATION**

Lila D. Jerome seeks review of the denial of her Disability Insurance Benefits application. Dkt. 1. The parties stipulate the case should be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

The parties further stipulate that upon remand, the Administrative Law Judge shall:

(1) Update the treatment evidence on plaintiff's medical condition;

(2) Articulate how the ALJ has evaluated the severity of all medically determinable mental impairments under the special technique;

(3) Articulate how the ALJ has evaluated the credibility of plaintiff's subjective complaints, including evaluation and assignment of weight to the third party testimony from the claimant's husband, John Jerome;

(4) Expressly evaluate the treating, examining, and non-examining medical source

opinions in the record and explain the reasons for the weight he gives to this opinion evidence, noting that Ms. Arden, Ed.D. (licensed psychologist) is an acceptable medical source;

(5) Further consider plaintiff's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; and

(6) Further consider whether plaintiff has past relevant work she could perform with the limitations established by the evidence; and as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on plaintiff's occupational base.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 9th day of May, 2012.

BRIAN A. TSUCHIDA  
United States Magistrate Judge

REPORT AND RECCOMENDATION - 2